# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

LIV GOLF, INC.,

    Movant,

v.

CLOUT PUBLIC AFFAIRS, LLC,

    Respondent.

Misc. Cas

Case: 1:22-mc-00126
Assigned To : Nichols, Carl J.
Assign. Date : 12/13/2022
Description: MISC.

Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:

Case No. 5:22-cv-04486-BLF

## LIV GOLF, INC.'S MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS

LIV Golf, Inc. ("LIV"), pursuant to Federal Rule Civil Procedure 45(d)(2)(B)(i), moves to compel Clout Public Affairs, LLC ("Clout") to produce documents sought by LIV's Rule 45 subpoena dated November 2, 2022, for the reasons identified in the attached Memorandum of Law.

RECEIVED

DEC 1 3 2022

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Dated: December 13, 2022

Keith H. Forst (DC Bar No. 478775)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com

DOMINIC SURPRENANT *pro hac vice forthcoming*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice forthcoming*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for Movant LIV Golf, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2022, a true and correct copy of the foregoing was served on counsel for Clout Public Affairs, LLC using the below email addresses:

Edward D. Greim:        edgreim@gravesgarrett.com

Additionally, I HEREBY CERTIFY that on December 13, 2022, I caused a true and correct copy of the foregoing to be served on counsel for Clout Public Affairs, LLC by mail via first class mail on:

Clout Public Affairs, LLC
c/o Edward D. Greim
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 10017
United States

Keith H. Forst