# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. <br><br> Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California: <br><br> Case No. 5:22-cv-04486-BLF |

## DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS

I, Dominic Surprenant declare that:

1. I am an attorney, duly licensed to practice law in California, and a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the LIV Golf, Inc. ("LIV") in the above-captioned action (*pro hac vice* forthcoming) and in the underlying action, *LIV Golf, Inc., et al. v. PGA TOUR, Inc.*, Case No. 5:22-cv-04486-BLF, pending in the United States District Court for the Northern District of California. I submit this declaration in support of LIV's motion to compel Clout Public Affairs, LLC ("Clout") to comply with LIV's subpoena to produce documents. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. LIV has produced to the Tour in the underlying action over 110,000 documents.

3. Attached hereto as Exhibit 1 is a true and correct copy of LIV's Subpoena to Produce Documents in a Civil Action to Clout dated November 2, 2022.

4. Attached hereto as Exhibit 2 is a true and correct copy of Clout's landing page of its website, https://cloutpublicaffairs.com (as of December 5, 2022).

5. Attached hereto as Exhibit 3 is a true and correct copy of a document produced in the underlying action by Defendant PGA Tour, Inc. (the "Tour") with beginning Bates PGA_TOUR0047953.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0043698.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0364296.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0366370.

9. Attached hereto as Exhibit 7 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0190692.

10. Attached hereto as Exhibit 8 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0060690.

11. Attached hereto as Exhibit 9 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0030886.

12. Attached hereto as Exhibit 10 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0188300.

13. Attached hereto as Exhibit 11 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0187678.

14. Attached hereto as Exhibit 12 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0366370.

15. Attached hereto as Exhibit 13 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0059961.

16. Attached hereto as Exhibit 14 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0011629.

17. Attached hereto as Exhibit 15 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0043318.

18. Attached hereto as Exhibit 16 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0028311.

19. Attached hereto as Exhibit 17 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0186303.

20. Attached hereto as Exhibit 18 is a true and correct copy of a document family produced in the underlying action by the Tour with beginning Bates PGA_TOUR0188464.

21. Attached hereto as Exhibit 19 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0188507.

22. Attached hereto as Exhibit 20 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0368269.

23. Attached hereto as Exhibit 21 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0302451.

24. Attached hereto as Exhibit 22 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0055847.

25. Attached hereto as Exhibit 23 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0187628.

26. Attached hereto as Exhibit 24 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0190506.

27. Attached hereto as Exhibit 25 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0043128.

28. Attached hereto as Exhibit 26 is a true and correct copy of a letter from Clout's counsel objecting to the subpoena.

29. Attached hereto as Exhibit 27 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0187514.

30. Attached hereto as Exhibit 28 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0187631.

31. Attached hereto as Exhibit 29 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0005611.

32. Attached hereto as Exhibit 30 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0361733.

33. Attached hereto as Exhibit 31 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0327901.

34. Attached hereto as Exhibit 32 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0012456.

35. Attached hereto as Exhibit 33 is a true and correct copy of an article by the Wall Street Journal found at https://www.wsj.com/articles/pga-tour-antitrust-liv-department-of-justice-investigation-11657557177 (accessed on December 5, 2022).

36. Attached hereto as Exhibit 34 is a true and correct copy of an article by the Wall Street Journal found at https://www.wsj.com/articles/augusta-national-investigation-masters-liv-golf-doj-usga-11666792047 (accessed on December 5, 2022).

37. Attached hereto as Exhibit 35 is a true and correct copy of a document produced in the underlying action by the Tour with beginning Bates PGA_TOUR0008114.

38. Attached hereto as Exhibit 36 is a true and correct copy of the Tour's 2019 Form 990 tax filing (accessed on December 11, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on December 13, 2022.

*Dominic Surprenant*
Dominic Surprenant