**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIV GOLF, INC.,<br><br>    Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>    Respondent. | Misc. Case No.<br><br>Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:<br><br>Case No. 5:22-cv-04486-BLF |

**[PROPOSED] ORDER ON LIV GOLF, INC.'S MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS**

Before the Court is Movant LIV Golf, Inc.'s Motion to Compel Clout Public Affairs, LLC to comply with a Subpoena to Produce Documents in a Civil Action dated November 2, 2022. This motion is fully-briefed and ripe for review. For good cause shown, the Motion is GRANTED, and it is hereby ORDERED that within 14 days of this Order, Clout Public Affairs, LLC must produce all non-privileged documents responsive to the subpoena and produce a privilege log compliant with Federal Rule of Civil Procedure 45 for any documents withheld on the basis of privilege.

SO ORDERED

    SIGNED this __ day of _____, _____.

_____<br>United States District Judge