## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>Respondent. | Misc. C    Case: 1:22-mc-00126<br>Assigned To : Nichols, Carl J.<br>Assign. Date : 12/13/2022<br>Description: MISC.<br><br>Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:<br><br>Case No. 5:22-cv-04486-BLF |

### **LIV GOLF, INC.'S CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for LIV Golf, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of LIV Golf, Inc. and that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

RECEIVED

DEC 13 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dated: December 13, 2022

Keith H. Forst (DC Bar No. 478775)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
*Attorney of Record for LIV Golf, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2022, a true and correct copy of the foregoing was served on counsel for Clout Public Affairs, LLC using the below email addresses:

Edward D. Greim:     edgreim@gravesgarrett.com

Additionally, I HEREBY CERTIFY that on December 13, 2022, I caused a true and correct copy of the foregoing was served on counsel for Clout Public Affairs, LLC by mail via first class mail on:

Clout Public Affairs, LLC
c/o Edward D. Greim
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 10017
United States

_____
Keith H. Forst