UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

**DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF MOTION
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) and in support of the Motion to Appear *Pro Hac Vice*, I, Dominic Surprenant, hereby declare:

1. My full name is Dominic Surprenant.

2. My office address and telephone number is:

> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S. Figueroa St., 10th Fl.
> Los Angeles, CA, 90017
> Tel:  (213) 443-3166

3. I am an admitted member in good standing of the California State Bar, and the United States District Courts for the Northern, Central, and Southern Districts of California.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia, am not a member of the District of Columbia Bar nor have an application for membership pending.

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct.

Dated: December 16, 2022

_____
Dominic Surprenant