

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

*DOMINIC SURPRENANT*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, DOMINIC SURPRENANT #165861 was on the 15th day of October, 1993 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 12th day of December 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
LaNae Brooks, Senior Deputy Clerk