**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIV GOLF, INC.,<br><br>   Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>   Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

**[PROPOSED] ORDER ON MOTION FOR DOMINIC SURPRENANT**
**TO APPEAR *PRO HAC VICE***

THIS CAUSE is before the Court on Movant's Motion for Dominic Surprenant to Appear *Pro Hac Vice*. Having reviewed the motion and supporting declaration, it is hereby ORDERED that:

1. Movant's motion is GRANTED.

2. Dominic Surprenant will be permitted to participate *pro hac vice* in court proceedings in this case as counsel to LIV Golf, Inc.

SO ORDERED

  SIGNED this __ day of _____, _____.

                _____
                Hon. Carl J. Nichols