# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIV GOLF, INC.,<br><br>      Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>      Respondent. | Misc. Case No. 1:22-mc-126-CJN |

## MOTION FOR RYAN SWINDALL TO APPEAR *PRO HAC VICE*

COMES NOW, Keith Forst, counsel for Movant LIV Golf, Inc., pursuant to LCvR 83.2(d) and the attached declaration, respectfully moves this Court to allow Ryan Swindall to participate *pro hac vice* in court proceedings in this case as counsel to LIV Golf, Inc.

Dated: December 16, 2022

Respectfully submitted,

/s/ *Keith Forst*
Keith H. Forst (DC Bar No. 478775)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this Motion to Appear *Pro Hac Vice* has been furnished via ECF to all counsel of record this 16th day of December, 2022.

/s/ *Keith Forst*