UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>　　　　Movant,<br><br>　　v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>　　　　Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

**DECLARATION OF RYAN SWINDALL IN SUPPORT OF MOTION
TO APPEAR *PRO HAC VICE*__**

　　Pursuant to Local Rule 83.2(d) and in support of the Motion to Appear *Pro Hac Vice*, I, Ryan Swindall, hereby declare:

　　1. My full name is Ryan Swindall.

　　2. My office address and telephone number is:

>　　Quinn Emanuel Urquhart & Sullivan, LLP
>　　1200 Abernathy Rd., Suite 1500
>　　Atlanta, GA 30328
>　　Tel:  (404) 482-3502

　　3. I am an admitted member in good standing of the Georgia State Bar, and the United States District Courts for the Northern District of Georgia.

　　4. I certify that I have not been disciplined by any bar.

　　5. I have not been admitted *pro hac vice* in this Court within the last two years.

　　6. I do not engage in the practice of law from any office located in the District of Columbia, am not a member of the District of Columbia Bar nor have an application for membership pending.

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct.

Dated: December 16, 2022

_____
Ryan Swindall