# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>   Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>   Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

### [PROPOSED] ORDER ON MOTION FOR RYAN SWINDALL TO APPEAR *PRO HAC VICE*

THIS CAUSE is before the Court on Movant's Motion for Dominic Surprenant to Appear *Pro Hac Vice*. Having reviewed the motion and supporting declaration, it is hereby ORDERED that:

1. Movant's motion is GRANTED.

2. Ryan Swindall will be permitted to participate *pro hac vice* in court proceedings in this case as counsel to LIV Golf, Inc.

SO ORDERED

  SIGNED this __ day of _____, _____.

                 _____
                 Hon. Carl J. Nichols