UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIV GOLF, INC, | ) | |
| | ) | **Case No. 1:22-mc-00126-CJN** |
| Movant, | ) | |
| | ) | Underlying Case, LIV Golf, Inc., et |
| v. | ) | al. v. PGA Tour, Inc., pending in the |
| | ) | United States District Court for the |
| CLOUT PUBLIC AFFAIRS, LLC, | ) | Northern District of California: |
| | ) | |
| Respondent. | ) | Case No. 5:22-cv-04486-BLF |
| | ) | |

## RESPONDENT'S UNOPPOSED MOTION TO ENLARGE TIME FOR RESPONDING TO MOVANT'S MOTION TO COMPEL

Respondent Clout Public Affairs, LLC ("Clout"), by its undersigned counsel, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Court's inherent authority, for an order extending the deadline for Clout's response to the Motion to Compel seven (7) days to January 3, 2023, and in support states:

1. This is a miscellaneous proceeding to enforce a document subpoena. Movant LIV Golf filed its Motion to Compel against Clout, a non-party to the underlying proceeding which is pending in another judicial district, on December 13, 2022.

2. Currently, Clout's response to the Motion is due December 27, 2022.

3. Movant LIV Golf has consented to Clout's request for an extension of one week, making Clout's response due January 3, 2023.

4. This is Clout's first request for an extension of time to respond to the Motion to Compel. This request is not made to delay the litigation of this matter.

1

| | |
|---|---|
| Date: December 20, 2022 | Respectfully submitted,<br><br>**GRAVES GARRETT, LLC**<br><br>*/s/ Edward D. Greim*<br>Edward D. Greim (DDC Bar No. MO-008)<br>Graves Garrett, LLC<br>1100 Main Street, Suite 2700<br>Kansas City, Missouri 64105<br>Tel.: (816) 256-3181<br>Fax: (816) 222-0534<br>edgreim@gravesgarrett.com<br><br>*Attorneys for Respondent* |