# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LIV GOLF, INC,** | ) | |
| | ) | **Case No. 1:22-mc-00126-CJN** |
| **Movant,** | ) | |
| | ) | Underlying Case, LIV Golf, Inc., et |
| **v.** | ) | al. v. PGA Tour, Inc., pending in the |
| | ) | United States District Court for the |
| **CLOUT PUBLIC AFFAIRS, LLC,** | ) | Northern District of California: |
| | ) | |
| **Respondent.** | ) | Case No. 5:22-cv-04486-BLF |
| | ) | |

## <u>ORDER GRANTING UNOPPOSED MOTION<br>TO ENLARGE TIME FOR RESPONSE TO MOTION TO COMPEL</u>

THIS CAUSE is before the Court on Respondent Clout Public Affairs, LLC's Unopposed Motion to Enlarge Time for Responding to Movant's Motion to Compel. This Court, having considered the unopposed motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

Respondent Clout Public Affairs, LLC's Motion to Enlarge [ECF No. 7] is GRANTED. Respondent's Response is due on or before January 3, 2023.

_____
UNITED STATES DISTRICT JUDGE