**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIV GOLF, INC.,<br><br>        Movant,<br><br>  v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>        Respondent. | Misc. Case No. 1:22-mc-00126-CJN<br><br>Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:<br><br>Case No. 5:22-cv-04486-BLF |

### LIV GOLF, INC.'S MOTION TO TRANSFER THE MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 45(f), LIV Golf, Inc. ("LIV") moves to transfer its motion compel Clout Public Affairs, LLC ("Clout") to comply with a subpoena to produce documents to the United States District Court for the Northern District of California, which issued the underlying subpoena. The parties have met and conferred on these issues. Clout does not consent. As detailed in the attached Memorandum of Law, exceptional circumstances warrant transfer because the issuing court is far more familiar with the underlying issues, judicial efficiency is served by transfer, and the burden on Clout is minimal.

Dated: December 21, 2022   /s/ *Keith Forst*
Keith H. Forst (DC Bar No. 478775)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com

DOMINIC SURPRENANT *pro hac vice pending*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice pending*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for Movant LIV Golf, Inc.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 21, 2022, a true and correct copy of the foregoing and related proposed order were served on counsel for Clout Public Affairs, LLC, who agreed to electronic service, using the below email address:

  Edward D. Greim:   edgreim@gravesgarrett.com

             */s/ Keith Forst*
             Keith H. Forst