# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

LIV GOLF, INC.,

          Movant,

    v.

CLOUT PUBLIC AFFAIRS, LLC,

          Respondent.

Misc. Case No. 1:22-mc-00126-CJN

Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:

Case No. 5:22-cv-04486-BLF

## [PROPOSED] ORDER TRANSFERRING THE MOTION TO COMPEL

Before the Court is Movant LIV Golf, Inc.'s Motion to Transfer the Motion to Compel Clout Public Affairs, LLC to Comply with a Subpoena to Produce Documents.  Having carefully considered the parties' papers, cited authorities, and underlying facts, the Motion is GRANTED and the motion to compel (Dkt. No. 1) is transferred to the Northern District of California.

      SO ORDERED

      SIGNED this ___ day of _____, _____.

_____
  United States District Judge Carl J. Nichols