# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

### MOVANT LIV GOLF, INC.'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS

LIV Golf, Inc. ("LIV") has moved this Court to compel Clout Public Affairs, LLC ("Clout") to comply with a subpoena aimed at uncovering the full extent of a clandestine smear campaign that Clout conducted on behalf of its client the PGA Tour, Inc. (the "Tour") to attempt to tie LIV Golf to 9/11 and further the Tour's unlawful anticompetitive scheme. In its motion, LIV details how the evidence discovered to date reveals the breadth and facets of this campaign (but lacks—by Clout's and the Tour's design—key details), including that the campaign "apparently included Clout orchestrating the involvement of others through 501(c)(4) entities." ECF No. 1-1, Memorandum in Support of Motion at 7.

A document produced by the Tour in the underlying antitrust litigation after LIV filed this motion to compel describes, in no uncertain terms, the plan the Tour and Clout hatched to create and use a 501(c)(4) entity to conceal the Tour's funding and involvement in the campaign to link LIV Golf to 9/11. *See* Ex. 37 at 8, 9. Attached as Exhibit 37 is a true and correct copy of this document and its parent email, with beginning Bates of PGA_TOUR0451415. This document further evidences the importance and need to discover this—and all aspects—of Clout's and the Tour's campaign against LIV, including its surreptitious funding of 9/11 organizations.

The Tour also produced documents after LIV filed this motion reflecting Clout and the Tour's efforts to conceal that the Tour was pulling the strings behind the scenes to link LIV and 9/11. Attached as Exhibits 38, 39, and 40 are true and correct copies of these documents, with beginning Bates of PGA_TOUR0518891 and PGA_TOUR0518902, PGA_TOUR0519150, and PGA_TOUR0519280, respectively.

For the reasons set forth in LIV's motion to compel, and for these additional reasons, LIV urges the Court to compel the Tour to produce these critically important documents.

Dated: December 29, 2022

*/s/ Keith Forst*
Keith H. Forst (DC Bar No. 478775)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com

DOMINIC SURPRENANT *pro hac vice pending*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice pending*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2022, a true and correct copy of the foregoing and all related exhibits were furnished via ECF to all counsel of record.

/s/ *Keith Forst*