# EXHIBIT 37
# (FILED UNDER SEAL)

# EXHIBIT 38
# (FILED UNDER SEAL)

# EXHIBIT 39
# (FILED UNDER SEAL)

# EXHIBIT 40
# (FILED UNDER SEAL)