# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIV GOLF, INC, | ) | |
| | ) | Case No. 1:22-mc-00126-CJN |
| Movant, | ) | |
| | ) | Underlying Case, LIV Golf, Inc., et |
| v. | ) | al. v. PGA Tour, Inc., pending in the |
| | ) | United States District Court for the |
| CLOUT PUBLIC AFFAIRS, LLC, | ) | Northern District of California: |
| | ) | |
| Respondent. | ) | Case No. 5:22-cv-04486-BLF |
| | ) | |

### DECLARATION OF BRETT EAGLESON

I, Brett Eagleson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the President of 9/11 Justice, an organization that advocates on behalf of members of the 9/11 community. Typically, the "9/11 Community" is understood to consist of 9/11 survivors, first responders, family members of those lost, and those who are now suffering fatal or chronic illness due to their exposure to toxins at Ground Zero.

2. Our goals as an organization advocating for the 9/11 Community include activities such as petitioning Congress for legislation to help redress those most directly affected by the events of 9/11, as well as educating the American public on the roles played by those who harbored and aided the 9/11 hijackers, including Saudi government officials. 9/11 Justice seeks to help hold those responsible accountable for their involvement in the greatest terrorist attack ever on American soil.

3. The 9/11 Justice website can be found at https://www.911justice.org/. The website contains true and correct copies of press releases and descriptions of the organization's activity.

1

4. I lost my father in the South Tower of the World Trade Center when I was 15 years old. My father was temporarily assigned to the World Trade Center and survived the impact of both plane attacks striking the respective buildings. My brother was able to speak to my father for the last time after the planes hit via a cell phone call. My father told my brother that he was staying behind to help evacuate others. I was a sophomore in high school at the time, and never spoke to my father again.

5. I am one of thousands of plaintiffs in the Multi-District Litigation pending in the Southern District of New York, *In re: Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570-GBD-SN (S.D.N.Y., MDL 1570, 2003). That litigation seeks to hold the Saudi government accountable for its role in supporting the terrorist attacks of September 11, 2001.

6. The group of families and survivors who associated to form 9/11 Justice have been advocating for the 9/11 Community for many years. One of our significant accomplishments was in 2016 when we joined with many others to fight for the passage of the Justice Against Sponsors of Terrorism Act ("JASTA").

7. JASTA allows individuals to hold foreign governments liable in federal courts for supporting terrorist attacks on American soil, and we supported this directly with the idea of holding the Kingdom of Saudi Arabia accountable.

8. We also successfully pressed President Biden to issue Executive Order 14040, signed on September 3, 2021 which provided for the release and declassification of many 9/11 related documents, including the files of Operation Encore, a Federal Bureau of Investigation in depth investigation into 9/11 that revealed the involvement of numerous Saudi government officials in the 9/11 terrorist attacks.

9. 9/11 Justice hired Clout Public Affairs in June of 2022, to aid in its efforts to educate the American public and key decisionmakers regarding the continuing failure to hold the Kingdom of Saudi Arabia accountable for the September 11, 2001 terrorist attacks which includes drawing the American public's attention to the Saudi Arabian government's deplorable record on human rights and other areas vital to American interests. Clout is just one of the public relations professionals that 9/11 Justice has hired and worked with.

10. I reached out to the PGA Tour in June 2022 and offered our support in the Tour's opposition to the Saudi government golf league, LIV Golf, Inc. Our families had been following the recent news of the Saudi government golf league and were appalled by the decisions of American golfers to participate. A true and correct copy of that email is attached here as Exhibit B-1, redacted to protect personal information.

11. I viewed the PGA/LIV interactions as an opportunity to remind the American public of the Saudi government's continuing efforts to manipulate public opinion and avoid responsibility for its past and continuing conduct.

12. By the time I reached out to the Tour, I had already been involved in briefing the media and driving public narratives on these issues for many years.

13. 9/11 Families United is a separate and distinct group from 9/11 Justice.

14. Apart from speaking out against the Saudi government's attempts to use LIV to sports-wash its deplorable reputation, Clout has assisted 9/11 Justice on other matters as well. For example, Clout recently provided assistance and counsel with respect to 9/11 Justice's efforts to secure congressional funding to the benefit of American victims of terrorism.

15. I first saw the November 2, 2022 subpoena issued to Clout in the above referenced matter (the "Subpoena") on December 13, 2022. As drafted, the Subpoena appears to call for the

production of documents and information directly relating to the efforts of 9/11 Justice to carry out its mission. Enforcement of the Subpoena would cause 9/11 Justice to scale back its association with Clout, which would severely chill, if not terminate our efforts to speak out against the Saudi government or engage in other public advocacy that are discussed in our private strategic communications with Clout.

16. Enforcement of the Subpoena in this case would cause me to fear retaliation from the Saudi government.

17. Disclosure would reveal names, addresses, email addresses, and phone numbers for individuals critical of the Saudi government, which has a track record of monitoring, tracking, hacking, and retaliating against its perceived opponents in the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 3, 2023.

*/s/ Brett Eagleson*
Brett Eagleson

# Exhibit B-1

**From:** Brett ███████████████████
**Date:** June 11, 2022 at 3:50:55 PM EDT
**To:** lauraneal@pgatourhq.com, joelschuchmann@pgatourhq.com
**Subject: 9/11 family member RE Saudi Golf League**

Hi Laura Joel,

My name is Brett Eagleson and I live ████████████. I am a big fan of the PGA Tour and looking forward to the ██████████████████████. I also happen to be a 9/11 family member. I lost my dad in the South Tower of the WTC when I was 15. I was a sophomore in high school at the time. My dad was on a temporary assignment at the WTC and survived both plane strikes on the building. We spoke to him after the planes hit and he told us he was staying behind to help evacuate.

The reason I am reaching out is because over the years I have become an activist and spokesperson for the 9/11 community. Our goal is to educate America on the role that senior Saudi Kingdom officials played in support of the 9/11 hijackers. I have worked closely with many members of Congress including Senator Blumenthal and Chairwoman DeLauro. We have had some great successes. For example, last September under pressure from our group of families President Biden issued an executive order declassifying thousands of pages of FBI and CIA documents which show Saudi complicity in 9/11. However our goal is to bring wider and more broad public awareness of the role the Kingdom played in the attacks. You can see the results of some of our work by searching my name on google or searching Saudi Arabia 9/11.

Our families group has been following the recent news of the Saudi LIV Golf league and the appalling decision by the American golfers to partake. We had some recent press exposure in the NYPOST on this issue and I'm currently talking with FoxNews and CNN on covering the story.

I think it could make a lot of sense for us to join
forces with the PGA on this issue. We can provide family members for advocacy purposes. We share a common enemy in the Kingdom and we have the ability to mobilize thousands of family members. Additionally we have solid connections to Congress where we think we can add further pressure.

Does it make sense for us to connect?

I'm a happy to connect with you or anyone else you think would be appropriate to discuss how we can form a mutually beneficial alliance.


Link to NY Post article

https://nypost.com/2022/06/09/saudi-bashing-liv-critiques-ignore-9-11-connections/?utm_source=email&utm_campaign=android_nyp

Best Regards,
Brett

Brett Eagleson
████████████