# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LIV GOLF, INC,** | ) | |
| | ) | **Case No. 1:22-mc-00126-CJN** |
| **Movant,** | ) | |
| | ) | Underlying Case, LIV Golf, Inc., et |
| v. | ) | al. v. PGA Tour, Inc., pending in the |
| | ) | United States District Court for the |
| **CLOUT PUBLIC AFFAIRS, LLC,** | ) | Northern District of California: |
| | ) | |
| **Respondent.** | ) | Case No. 5:22-cv-04486-BLF |
| | ) | |

## [PROPOSED] ORDER ON MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS

Before the Court is Movant LIV Golf, Inc.'s Motion to Compel Clout Public Affairs, LLC to comply with a Subpoena to Produce Documents in a Civil Action dated November 2, 2022. This motion is fully-briefed and ripe for review. For good cause shown, the Motion is DENIED.

SO ORDERED

SIGNED this __ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE