# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIV GOLF, INC, | ) | |
| | ) | **Case No. 1:22-mc-00126-CJN** |
| Movant, | ) | |
| | ) | Underlying Case, LIV Golf, Inc., et |
| v. | ) | al. v. PGA Tour, Inc., pending in the |
| | ) | United States District Court for the |
| CLOUT PUBLIC AFFAIRS, LLC, | ) | Northern District of California: |
| | ) | |
| Respondent. | ) | Case No. 5:22-cv-04486-BLF |
| | ) | |

### [PROPOSED] ORDER ON MOTION TO TRANSFER MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC TO COMPLY WITH SUBPOENA TO PRODUCE DOCUMENTS

Before the Court is Movant LIV Golf, Inc.'s Motion to Transfer the Motion to Compel Clout Public Affairs, LLC to comply with a Subpoena to Produce Documents. Having carefully considered the parties' papers, cited authorities, and underlying facts, the Motion is DENIED.

SO ORDERED

SIGNED this __ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE