UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>      Movant,<br><br>   v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>      Respondent. | Misc. Case No. 1:22-mc-00126-CJN<br><br>Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:<br><br>Case No. 5:22-cv-04486-BLF |

**DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF
LIV GOLF INC.'S MOTION TO TRANSFER**

I, Dominic Surprenant, declare that:

1. I am an attorney, duly licensed to practice law in California, and Special Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the LIV Golf, Inc. ("LIV") in the above-captioned action (*pro hac vice* forthcoming) and in the underlying action, *LIV Golf, Inc., et al. v. PGA TOUR, Inc.*, Case No. 5:22-cv-04486-BLF, pending in the United States District Court for the Northern District of California. I submit this declaration in support of LIV's motion transfer LIV's motion to compel Clout Public Affairs, LLC ("Clout") to comply with LIV's subpoena to produce documents. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could and would testify competently as to them.

2. On October 10, 2022, I attended a Zoom meet-and-confer conference on the motion by the PGA Tour ("the Tour") with respect to two subpoenas the Tour had served on Public Investment Fund ("PIF") and its governor ("HE," or "His Excellency"). Counsel for the Tour, Elliot Peters, led the discussion on its behalf.

3. During the meet-and-confer, Mr. Peters, in what I am confident was close to the following italicized words (I remember them because I found them startling), stated that *it would be a bad faith attempt to delay discovery and prejudice the Tour if counsel for PIF and HE did not immediately agree* (i.e., in that instant at the meet-and-confer) to consent to transfer any motion to compel enforcement of the subpoenas on PIF and HE that the Tour might file from the Southern District of New York to the underlying court in the Northern District of California.

4. As PIF and HE counsel had not an opportunity to confer with their clients, they did not "immediately" agree to transfer, but did within a day, perhaps two.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on January 5, 2023.

_____
Dominic Surprenant