UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

**[PROPOSED] ORDER ON MOTION FOR JOHN B. QUINN
TO APPEAR *PRO HAC VICE*__**

THIS CAUSE is before the Court on Movant's Motion for John B. Quinn to Appear *Pro Hac Vice*. Having reviewed the motion and supporting declaration, it is hereby ORDERED that:

1. Movant's motion is GRANTED.

2. John B. Quinn will be permitted to participate *pro hac vice* in court proceedings in this case as counsel to LIV Golf, Inc.

SO ORDERED

SIGNED this __ day of _____, _____.

_____
Hon. Carl J. Nichols
United States District Judge