UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>    Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>    Respondent. | Misc. Case No. 1:22-mc-126-CJN |

### MOTION FOR CHRISTOPHER MICHEL TO APPEAR *PRO HAC VICE*

COMES NOW, Keith Forst, counsel for Movant LIV Golf, Inc., pursuant to LCvR 83.2(d) and the attached declaration, respectfully moves this Court to allow Christopher Michel to participate *pro hac vice* in court proceedings in this case as counsel to LIV Golf, Inc.

Dated:  January 10, 2023

Respectfully submitted,

/s/ *Keith Forst*
Keith H. Forst (DC Bar No. 478775)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel:  (202) 538-8000
Fax:  (202) 538-8100
keithforst@quinnemanuel.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this Motion to Appear *Pro Hac Vice* has been furnished via ECF to all counsel of record this 10th day of January, 2023.

/s/ *Keith Forst*