UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>    Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>    Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

**DECLARATION OF CHRISTOPHER MICHEL IN SUPPORT OF MOTION
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.2(d) and in support of the Motion to Appear *Pro Hac Vice*, I, Christopher Michel, hereby declare:

1. My full name is Christopher Michel.

2. My office address and telephone number is:

> Quinn Emanuel Urquhart & Sullivan, LLP
> 1300 I St NW, Suite 900
> Washington, DC 20005
> Tel:  (202) 538-8000

3. I am an admitted member in good standing of the Virginia State Bar, the Bar of the District of Columbia, the Bar of the Supreme Court of the United States, the United States Court of Appeals for the D.C., Second, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, and Federal Circuits, and the United States District Court for the Eastern District of Virginia.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I engage in the practice of law from an office located in the District of Columbia. I am a member of the District of Columbia Bar. I have an application for membership to this Court pending.

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct.

Dated: January 10, 2023

*[signature]*
Christopher Michel