UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LIV GOLF, INC.,

    Movant,

v.

CLOUT PUBLIC AFFAIRS, LLC,

    Respondent.

Misc. Case No. 1:22-mc-00126-CJN

**[PROPOSED] ORDER ON MOTION FOR CHRISTOPHER MICHEL TO APPEAR *PRO HAC VICE***

THIS CAUSE is before the Court on Movant's Motion for Christopher Michel to Appear *Pro Hac Vice*. Having reviewed the motion and supporting declaration, it is hereby ORDERED that:

1. Movant's motion is GRANTED.

2. Christopher Michel will be permitted to participate *pro hac vice* in court proceedings in this case as counsel to LIV Golf, Inc.

SO ORDERED

    SIGNED this __ day of _____, _____.

_____
Hon. Carl J. Nichols