UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>　　　　Movant,<br><br>　　v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>　　　　Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

## NOTICE OF APPEARANCE

　　The Clerk of the Court will please enter the appearance of Ryan Swindall as counsel of record for Movant in the above-captioned case.

　　　　　　　　　　　　　　　　　　*/s/ Ryan Swindall*
　　　　　　　　　　　　　　　　　　RYAN SWINDALL *pro hac vice*
　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　SULLIVAN LLP
　　　　　　　　　　　　　　　　　　1200 Abernathy Road, Suite 1500
　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　Telephone: (404) 482-3502
　　　　　　　　　　　　　　　　　　ryanswindall@quinnemmanuel.com