UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>    Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>    Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Christopher G. Michel as counsel of record for Movant in the above-captioned case.

*/s/ Christopher G. Michel*
CHRISTOPHER G. MICHEL
(DC Bar No.1034557) *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
christophermichel@quinnemanuel.com