UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIV GOLF, INC, | ) | |
| | ) | **Case No. 1:22-mc-00126-CJN** |
| Movant, | ) | |
| | ) | Underlying Case, LIV Golf, Inc., et |
| v. | ) | al. v. PGA Tour, Inc., pending in the |
| | ) | United States District Court for the |
| CLOUT PUBLIC AFFAIRS, LLC, | ) | Northern District of California: |
| | ) | |
| Respondent. | ) | Case No. 5:22-cv-04486-BLF |
| | ) | |

### RESPONDENT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPPOSITION TO THE MOTION TO COMPEL

Respondent Clout respectfully moves for leave to file the attached 4-page sur-reply in opposition to LIV Golf's Motion to Compel production of documents from Clout, a non-party to LIV's underlying antitrust case. LIV's Reply, filed January 10, 2023, makes two important concessions which, in turn, change Clout's position on a key issue and should narrow the scope of this dispute. Additionally, LIV raises two new arguments, citing a string of new exhibits from the ongoing document production of LIV's opposing party, the PGA Tour. Clout would be unable to contest LIV's newly-disclosed positions without leave to file a short sur-reply.

"The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). In this Circuit, "district court[s] routinely grant[] such motions" when this standard is satisfied, even though surreplies are generally disfavored. *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003).

Here, LIV's Reply makes two important concessions: (1) that it will not seek Clout's communications with 9/11 Justice about Saudi Arabia, its sovereign wealth fund, or their U.S.

1

agents, or about the September 11, 2001 terrorist attacks; and (2) that it would accept golf-related communications with 9/11 Justice with an "Attorneys-Eyes-Only" designation. Reply (Doc. 17) at 4. Those concessions cannot help but change Clout's position on discovery into its 9/11 Justice client, and Clout's Sur-Reply would detail that position.

Second, LIV discloses that it has received something approaching 1,000 documents from the Tour that are with Clout, or that mention "clout," and attaches several more of those documents to its Reply. Reply (Doc. 17) at 19. Clout would not address all of LIV's new evidence and argument, but would address two specific, new arguments LIV makes to justify the complete production of all Clout's internal, unshared notes and communications regarding its work for the PGA Tour. First, LIV argues that the PGA Tour consciously avoided creating written communications with Clout, and attaches new documents that it claims support this position. Reply (Doc. 17) at 11. Second, again attaching and relying on brand new exhibits, LIV argues that Clout took actions without informing the Tour. Reply (Doc. 17) at 12. Both of these arguments deserve a response, as otherwise Clout's position will be unknown. As Clout would succinctly argue, LIV's new documents do not support its new arguments. Further, even if LIV were correct on each point, all LIV has established is that it should be able to receive the specific categories of internal documents that meet its supposed need. LIV's showing does not come close to a justification for a massive production of all non-party Clout's internal musings, brainstorms, ideas, and drafts, none of which have ever been seen, considered, or acted upon by anyone outside of the organization.

## Conclusion

For the foregoing reasons, Clout should be granted leave to file the attached Sur-Reply.

Date: January 16, 2023                                  Respectfully submitted,

                                                           **GRAVES GARRETT, LLC**

                                                           */s/ Edward D. Greim*
                                                           Edward D. Greim (DDC Bar No. MO-008)
                                                           Graves Garrett, LLC
                                                           1100 Main Street, Suite 2700
                                                           Kansas City, Missouri 64105
                                                           Tel.: (816) 256-3181
                                                           Fax: (816) 222-0534
                                                           edgreim@gravesgarrett.com

                                                           *Attorney for Respondent*


## CERTIFICATE OF SERVICE

     I hereby certify that on January 16, 2023, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will send an electronic notification to all counsel of record.

                                                           */s/ Edward D. Greim*
                                                           Attorney for Respondent