UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC, | ) |
| | ) **Case No. 1:22-mc-00126-CJN** |
| Movant, | ) |
| | ) Underlying Case, LIV Golf, Inc., et |
| v. | ) al. v. PGA Tour, Inc., pending in the |
| | ) United States District Court for the |
| CLOUT PUBLIC AFFAIRS, LLC, | ) Northern District of California: |
| | ) |
| Respondent. | ) Case No. 5:22-cv-04486-BLF |
| | ) |

**ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO THE MOTION TO COMPEL**

THIS CAUSE is before the Court on Respondent Clout Public Affairs, LLC's Motion for Leave to File a Sur-Reply in Opposition to the Motion to Compel. Having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

Respondent Clout Public Affairs, LLC's Motion for Leave to File Sur-Reply in Opposition to the Motion to Compel [ECF No. 21] is GRANTED.

_____
UNITED STATES DISTRICT JUDGE