UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>  Movant,<br><br>  v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>  Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Dominic Surprenant as counsel of record for Movant in the above-captioned case.

                */s/ Dominic Surprenant*
                DOMINIC SURPRENANT *pro hac vice*
                QUINN EMANUEL URQUHART &
                SULLIVAN LLP
                865 South Figueroa Street, 10th Floor
                Los Angeles, California 90017
                Telephone: (213) 443-3000
                dominicsurprenant@quinnemanuel.com