UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>    Movant,<br><br>v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>    Respondent. | Misc. Case No. 1:22-mc-00126-CJN |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of John B. Quinn as counsel of record for Movant in the above-captioned case.

    */s/ John B. Quinn*
    JOHN B. QUINN *pro hac vice*
    QUINN EMANUEL URQUHART &
    SULLIVAN LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017
    Telephone: (213) 443-3000
    johnquinn@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

>  /s/ John B. Quinn
>  John B. Quinn