# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. 1:22-mc-00126-CJN <br><br> Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California: <br><br> Case No. 5:22-cv-04486-BLF |

## LIV GOLF INC.'S MOTION FOR LEAVE TO FILE SUR-SUR-REPLY IN SUPPORT OF MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC

13838065.1

LIV does not think that Clout's proposed sur-reply is necessary or proper. Nevertheless, LIV does not oppose the sur-reply so long as LIV, as the moving party for this motion, is provided the opportunity to respond with a sur-sur-reply to address the new arguments and concessions made by Clout in its sur-reply. *See Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001); *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003).

LIV's two-page, proposed sur-sur-reply is attached hereto.

Dated: January 17, 2023

/s/ Keith Forst
KEITH H. FORST (DC Bar No. 478775)
CHRISTOPHER G. MICHEL (DC Bar No.1034557) *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

JOHN B. QUINN *pro hac vice*
DOMINIC SURPRENANT *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemanuel.com
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 17, 2023, a true and correct copy of the foregoing were served upon all counsel of record by filing the same with the Court's ECF system.

                                           */s/ Keith Forst*
                                           Keith H. Forst