UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>       Movant,<br><br>   v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>       Respondent. | Misc. Case No.<br><br>Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:<br><br>Case No. 5:22-cv-04486-BLF |

**[PROPOSED] ORDER ON LIV GOLF, INC.'S MOTION FOR LEAVE TO FILE SUR-SUR-REPLY IN SUPPORT OF MOTION TO COMPEL CLOUT PUBLIC AFFAIRS, LLC**

Before the Court is Movant LIV Golf, Inc.'s Motion for Leave to File a Sur-Sur-Reply in Support of its Motion to Compel Clout Public Affairs, LLC. For good cause shown, the Motion is GRANTED.

SO ORDERED

      SIGNED this __ day of _____, _____.

 

_____
United States District Judge