UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>                Movant,<br><br>        v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>                Respondent. | Misc. Case No. 1:22-mc-00126-CJN-MAU |

**LIV GOLF INC.'S RESPONSE TO ORDER REGARDING MOTION TO TRANSFER BRIEFING AND NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER**

Movant LIV Golf, Inc. ("LIV") respectfully submits the following response to the Court's order regarding the factual basis for statements in LIV's memorandum of law in support of its motion to transfer (Dkt. No. 8-1) (Mem.) and subsequent reply brief (Dkt. No. 14) about the office locations of Respondent Clout Public Affairs, LLC ("Clout"). LIV also provides notice that it is withdrawing the motion to transfer this action to the Northern District of California.

1.      At the status conference on February 6, 2023, the Court ordered LIV to address the factual basis for statements in its transfer-motion briefing that Clout has an office within the jurisdiction of the U.S. District Court for the Northern District of California. After further inquiry, LIV has determined that those statements—although made in good faith—were incorrect. LIV and its counsel sincerely regret these inadvertent errors.

LIV's memorandum of law stated that Clout "advertises its office in Northern California in the same district where the [subpoena] issuing court is located," and cited a Clout website showing an office in Sacramento, California. Mem. 5 & n.1. Although Sacramento is "in Northern California," *id.* at 5, Sacramento falls within the jurisdiction of the U.S. District Court for the

Eastern District of California—not the U.S. District Court for the Northern District of California, where the subpoena was issued. LIV's statement inadvertently overlooked this distinction.

In its opposition to the motion to transfer (Dkt. 13) (Opp.), Clout stated that it "has no San Francisco office and no California attorneys." Opp. 1. Clout further stated that it "has no office, operations, or business in San Francisco, where LIV's lawsuit against the [PGA] Tour is pending." *Id.* at 5.[1] Those statements did not contradict LIV's reliance on Clout's advertised Sacramento office, and LIV's reply brief repeated the mistaken understanding that the Sacramento office showed that Clout "has an office in the Northern District of California." Reply Br. 5, 7.

LIV made these statements in good faith to show that litigating in Northern California "would minimally burden Clout." Mem. 5. Although Clout has a presence in Northern California, the references to the judicial district in which Clout's office is located were incorrect, and LIV hereby withdraws them.

2.  The principal goal of LIV's request to transfer this action to the Northern District of California was to promote judicial efficiency. *See, e.g.*, Mem. 1 ("To ensure uniform results, maximize efficiency, and conserve judicial resources, LIV respectfully request that the Court transfer its motion to compel to the Northern District of California.").

In light of subsequent developments, LIV has reassessed its position that judicial efficiency supports transferring this action to the Northern District of California. The action has now been pending in this Court for nearly two months. As noted above, the parties appeared for a status conference before Magistrate Judge Upadhyaya that has assisted the parties in crystallizing the scope of their dispute regarding the requested document production. At this point, considerations

---

[1] LIV's suit against the PGA Tour is pending in the San Jose Division of the U.S. District Court for the Northern District of California, not the San Francisco Division.

of judicial efficiency support retaining the action in this Court, so that a resolution can be reached as promptly as possible.

Accordingly, LIV hereby withdraws its motion to transfer this action to the Northern District of California. LIV has conferred with Clout, which does not oppose the withdrawal.

Dated: February 8, 2023

*/s/ Keith Forst*
KEITH H. FORST (DC Bar No. 478775)
CHRISTOPHER G. MICHEL (DC Bar No. 1034557)[2]
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

JOHN B. QUINN *pro hac vice*
DOMINIC SURPRENANT *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemanuel.com
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

---

[2] On February 7, 2023, Mr. Michel was informed that on February 6, 2023, he was admitted as a member of the bar for this Court and thus is no longer appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2023, a true and correct copy of the foregoing were served upon all counsel of record by filing the same with the Court's ECF system.

                                               */s/ Keith Forst*
                                               Keith H. Forst