UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. 1:22-mc-00126-CJN-MAU |

**SECOND JOINT STATUS REPORT ON RESOLUTION OF DISPUTE
AND REQUEST FOR CANCELLATION OF MARCH 7 HEARING**

At the status conference on February 6, 2023, the Court ordered the parties—Movant LIV Golf, Inc. ("LIV") and Respondent Clout Public Affairs, LLC ("Clout")—to meet and confer and to then file a joint status report providing a request-by-request breakdown of the remaining disputes. The parties filed that report (Doc. 33), and continued to confer over the following weeks.

The parties now report that they have resolved their dispute over Clout's obligation to comply with the subpoena, but ask that the Court retain jurisdiction until obligations under the subpoena are discharged, which is expected to occur over approximately the next 30 days. The parties respectfully request that the hearing scheduled for Tuesday, March 7, 2023 be cancelled. The parties will jointly report to the Court in 30 days.

Dated: March 2, 2023

*/s/ Keith Forst*
KEITH H. FORST (DC Bar No. 478775)
CHRISTOPHER G. MICHEL (DC Bar No.1034557)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

JOHN B. QUINN *pro hac vice*
DOMINIC SURPRENANT *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemanuel.com
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

*/s/ Edward D. Greim*
Edward D. Greim (DDC Bar No. MO-008)
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
*edgreim@gravesgarrett.com*

*Attorney for Respondent Clout Public Affairs, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2023, a true and correct copy of the foregoing were served upon all counsel of record by filing the same with the Court's ECF system.

                                                  */s/ Keith Forst*
                                                  Keith H. Forst