UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>   Movant,<br><br> v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>   Respondent. | Misc. Case No. 1:22-mc-00126-CJN-MAU<br><br>Underlying Case, *LIV Golf, Inc., et al. v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California:<br><br>Case No. 5:22-cv-04486-BLF |

**JOINT STATUS REPORT**

On March 3, 2023, the Court ordered the parties—Movant LIV Golf, Inc. ("LIV") and Respondent Clout Public Affairs, LLC ("Clout")—to file a joint status report apprising the Court as to the status of the subpoena and whether all obligations under the subpoena have been discharged.

LIV contends that Clout's obligations under the subpoena have yet to be discharged for two reasons. First, Clout has not completed its production of text, WhatsApp, and Signal messages. Clout anticipates that the last installment of its production will be completed by April 6, 2023. LIV will then need an opportunity to review that production for any gaps.

Second, LIV and Clout are conferring on a dispute regarding documents withheld by Clout on the basis of the attorney-client privilege. While Clout does not think motions practice will be necessary, LIV's position is that, absent a significant change by Clout on several aspects of the privilege issue, LIV will shortly seek relief from this Court for what it views are improperly withheld responsive documents and information.

The parties ask that the Court retain jurisdiction until obligations under the subpoena are discharged, which—assuming no motions practice—is expected to occur over the next thirty days.

If motions practice is necessary, LIV anticipates that it will move within the next ten days. If no motion is filed, the parties will jointly report to the Court in 30 days.

Dated: April 3, 2023

*/s/ Keith Forst*
KEITH H. FORST (DC Bar No. 478775)
CHRISTOPHER G. MICHEL (DC Bar No.1034557)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

JOHN B. QUINN *pro hac vice*
DOMINIC SURPRENANT *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemanuel.com
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

*/s/ Edward D. Greim*
Edward D. Greim (DDC Bar No. MO-008)
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
*edgreim@gravesgarrett.com*

*Attorney for Respondent Clout Public Affairs, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2023, a true and correct copy of the foregoing were served upon all counsel of record by filing the same with the Court's ECF system.

                                                 */s/ Keith Forst*
                                                 Keith H. Forst