# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>      Movant,<br><br>    v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>      Respondent. | Misc. Case No. 1:22-mc-00126-CJN<br><br>Underlying Case, *Jones v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California: Case No. 5:22-cv-04486-BLF |

## JOINT STATUS REPORT

On April 25, 2023, the Court ordered the parties—Movant LIV Golf, Inc. ("LIV") and Respondent Clout Public Affairs, LLC ("Clout")—to submit a joint status report apprising the Court as to the status of the subpoena. LIV respectfully requests that the Court retain jurisdiction based on its contention that a live controversy continues to exist.

Clout has produced documents and provided a privilege log that LIV contends has significant deficiencies. LIV previously anticipated moving the Court to resolve privilege disputes in connection with the depositions of Clout's witnesses within ten days of the last joint status report. Dkt. No. 35. While those specific disputes have been resolved (including through privilege waivers by the defendant in the underlying action), obviating the need for immediate motion practice, on Monday, May 1, 2023, LIV raised a disagreement about other documents it claims were improperly withheld based on claims of privilege. The parties have met-and-conferred in an attempt to resolve this set of issues without motion practice. Nonetheless, LIV contends that a live controversy exists over Clout's privilege assertions. The parties will make a good faith effort to negotiate a resolution to that controversy; if they are unable to do so, LIV will promptly seek relief from the Court.

Accordingly, LIV respectfully requests that the Court retain jurisdiction until the remaining disputes over Clout's obligations under the subpoenas have been resolved.

Dated: May 3, 2023

/s/ Keith Forst
Keith H. Forst (DC Bar No. 478775)
Christopher G. Michel (DC Bar No.1034557)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

John B. Quinn *pro hac vice*
Dominic Surprenant *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemmanuel.com
dominicsurprenant@quinnemmanuel.com

Ryan Swindall *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

/s/ Edward D. Greim
Edward D. Greim (DDC Bar No. MO-008)
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*Attorney for Respondent Clout Public Affairs, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2023, a true and correct copy of the foregoing and all related exhibits were furnished via ECF to all counsel of record.

/s/ *Keith Forst*