# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LIV GOLF, INC.,<br><br>　　　　　Movant,<br><br>　　v.<br><br>CLOUT PUBLIC AFFAIRS, LLC,<br><br>　　　　　Respondent. | Misc. Case No. 1:22-mc-00126-CJN<br><br>Underlying Case, *Jones v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California: Case No. 5:22-cv-04486-BLF |

## JOINT STATUS REPORT

On May 5, 2023, the Court ordered the parties—Movant LIV Golf, Inc. ("LIV") and Respondent Clout Public Affairs, LLC ("Clout")—to submit a joint status report apprising the Court as to the status of the subpoena. LIV respectfully requests that the Court retain jurisdiction based on its contention that a live controversy continues to exist.

Clout has produced documents and provided a privilege log that LIV contends has significant deficiencies. On May 1, 2023, LIV raised a disagreement about documents it claims were improperly withheld based on claims of privilege. Clout responded on May 10. Clout (1) clarified its privilege claims for certain categories of documents, and (2) informed LIV that the PGA Tour had agreed to withdraw privilege claims for certain documents. The following day, Clout produced those documents and provided updated privilege and redaction logs.

LIV is actively investigating the new privilege logs and documents. On May 24, LIV will depose another Clout witness. In the meantime, LIV contends that a live controversy continues to exist over Clout's privilege assertions. Clout disagrees and is unaware of any pending dispute. The parties will make a good faith effort to negotiate a resolution to any controversy; if they are unable to do so, LIV will promptly seek relief from the Court.

Accordingly, LIV respectfully requests that the Court retain jurisdiction until the remaining disputes over Clout's obligations under the subpoena have been resolved.

Dated: May 19, 2023

*/s/ Keith Forst*
Keith H. Forst (DC Bar No. 478775)
Christopher G. Michel (DC Bar No.1034557)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

John B. Quinn *pro hac vice*
Dominic Surprenant *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemmanuel.com
dominicsurprenant@quinnemmanuel.com

RYAN SWINDALL *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

*/s/ Edward D. Greim*
Edward D. Greim (DDC Bar No. MO-008)
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*Attorney for Clout Public Affairs, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2023, a true and correct copy of the foregoing and all related exhibits were furnished via ECF to all counsel of record.

/s/ *Keith Forst*