**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIV GOLF, INC., <br><br> Movant, <br><br> v. <br><br> CLOUT PUBLIC AFFAIRS, LLC, <br><br> Respondent. | Misc. Case No. 1:22-mc-00126-CJN <br><br> Underlying Case, *Jones v. PGA Tour, Inc.*, pending in the United States District Court for the Northern District of California: Case No. 5:22-cv-04486-BLF |

**JOINT STATUS REPORT**

The parties—Movant LIV Golf, Inc. ("LIV") and Respondent Clout Public Affairs, LLC ("Clout")—have continued to confer in the week after their May 19, 2023 Joint Status Report, and can now report that there is no longer a live controversy between the parties. Accordingly, they respectfully request that the Court close this miscellaneous matter and cancel the status conference set for Wednesday, May 31, 2023 at 9:30 a.m.

Dated: May 26, 2023

/s/ Keith Forst
Keith H. Forst (DC Bar No. 478775)
Christopher G. Michel (DC Bar No. 1034557)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
keithforst@quinnemanuel.com
christophermichel@quinnemanuel.com

John B. Quinn *pro hac vice*
Dominic Surprenant *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
johnquinn@quinnemmanuel.com
dominicsurprenant@quinnemmanuel.com

Ryan Swindall *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
ryanswindall@quinnemmanuel.com

*Attorneys for LIV Golf, Inc.*

/s/ Edward D. Greim
Edward D. Greim (DDC Bar No. MO-008)
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*Attorney for Clout Public Affairs, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 26, 2023, a true and correct copy of the foregoing was furnished via ECF to all counsel of record.

/s/ *Keith Forst*